```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
LINDA SLADE, individually and as the representative of           :
a class of similarly situated persons,                           :
                                                                 :
                                Plaintiff,                       :       23 Civ. 10144 (JPC)
                                                                 :
                -v-                                              :       ORDER
                                                                 :
SAPPHIRE SOL LLC,                                                :
                                                                 :
                                Defendant.                       :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On December 6, 2023, Plaintiff served Defendant with copies of the Summons and Complaint. Dkt. 5. Defendant's deadline to respond to the Complaint was therefore December 27, 2023. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). That deadline has passed, and the docket does not reflect a response to the Complaint from Defendant. Accordingly, the Court extends *sua sponte* Defendant's deadline to respond to the Complaint until March 4, 2024. If Defendant once again fails to respond to the Complaint by its deadline to do so, Plaintiff should seek a Certificate of Default by March 11, 2024.

SO ORDERED.

Dated: February 26, 2024
      New York, New York
                                          JOHN P. CRONAN
                                          United States District Judge